IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:12CR3113 |
| Plaintiff, | ) | |
| vs. | ) | ORDER RELEASING DETAINER |
| JOHN M. WIZINSKY, | ) | |
| Defendant. | ) | |

THIS MATTER, comes before the Court upon the Stipulation of the parties that the Court enter a written Order dismissing the Order of Detention entered herein on April 1, 2013. The Court verbally Ordered release of the detainer on the record at the Defendant's guilty plea hearing on September 30, 2013, but no written Order exists and the Nebraska Department of Correctional Services requires a written Order so that Defendant may participate in certain programs they offer.  IT IS, THEREFORE, ORDERED that the detention order entered herein on April 1, 2013, is removed and released so that the Defendant will have no federal detainer limiting his participation in Nebraska Department of Correctional Services programming.

Dated: 11/5/2013

BY THE COURT:

_____
United States Magistrate Judge