IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:12CR3113 |
| V. | ) | |
| JOHN M. WIZINSKY, | ) | ORDER |
| Defendant. | ) | |

After the defendant's admission to violating his conditions of supervised release as set for in allegation number one of the petition (filing no. 68), and believing that disposition should be continued to allow the defendant to attend the following program,

IT IS ORDERED that

1. Starting on or about September 18, 2018, the defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the Probation Officer, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 180 days by the Probation Officer, if the defendant is determined to be in full compliance with the conditions of supervision.

2. When requested by the Federal Public Defenders office, the defendant shall be released to a representative of the Federal Public Defender for transportation to the RRC.

3. The Clerk shall deliver a copy of this Order to the United States Marshals Service and U.S.P.O. Dustin Russell.

4. Mr. Russell shall advise me when this matter is ripe for disposition.

DATED this 4th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge