IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:12CR3113 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JOHN M. WIZINSKY, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   Plaintiff's Motion to Dismiss Petition for Revocation (filing no. 86) is granted.

(2)   The Petition for Offender Under Supervision (filing no. 68) is dismissed without prejudice.

(3)   The defendant's April 9, 2019, revocation hearing is canceled.

Dated April 5, 2019.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge